**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 25-074 (JMC)** |
| **v.** | |
| **TANWEER AHMED MOHAMED HUSSAIN PARKAR,** | |
| **VENKATA NAGA MADHUSUDHAN RAJU MANTHENA,** | |
| **KRISHNA VERICHARLA, and** | |
| **VASUDHA PHARMA CHEM LIMITED,** | |
| **Defendants.** | |

**NOTICE OF APPEARANCE**

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Melanie Alsworth, Trial Attorney of the Narcotic and Dangerous Drug Section, enters her appearance as attorney for the Government.

Respectfully Submitted,

Marlon Cobar, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:      /s/ Melanie Alsworth
Melanie Alsworth
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:   (202) 598-2285

2

Email: Melanie.Alsworth2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed on March 21, 2025 via ECF. At this time there is no counsel on record for the defendants. A copy of the foregoing will be available via ECF to the Defendants' counsel at the time counsel is assigned/retained.

*/s/ Melanie Alsworth*
Melanie Alsworth
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
Department of Justice

3