**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VENKATA NAGA MADHUSUDHAN RAJU MANTHENA,<br><br>Defendant. | Case No. 25-cr-74-2 (JMC) |

**ORDER**

Pursuant to 18 U.S.C. § 3142(a)(2) and (c) and the parties' agreement, the Court hereby **GRANTS** the parties' joint motion to release Defendant Manthena from detention pending trial, ECF 38, subject to the following conditions:

- Defendant will be subject to home incarceration at 2302 Stillbrook Lane, Princeton, NJ 08540, the home of his family friend with GPS location monitoring, subject to approval of the location by Pretrial Services, and will be permitted to leave only for medical necessities, for court visits in the District of Columbia, and for visits to his counsel's offices in the Southern District of New York and District of Columbia.

- Defendant may only travel within the District of Columbia, District of New Jersey, and Southern District of New York, and points in between for the above-authorized travel.

- A $250,000 unsecured personal recognizance bond cosigned by one U.S.-based financially responsible person, pending an interview about the financially responsible person's status with the Government, with bond to be forfeited if Defendant fails to appear for court proceedings; if he fails to surrender to serve a sentence that the Court may impose in this case; or if he fails to comply with all pretrial release conditions; the Government has

1

interviewed and approved an individual whose name will be provided to the Court to serve as the co-signer;

- Defendant will submit to supervision of Pretrial Services as directed, participate in the abovenoted location monitoring program, and comply with its requirements as directed;

- Defendant will surrender any passport to Pretrial Services, not obtain another passport or international travel document, and not attempt travel outside of the United States or the abovelisted districts;

- Defendant will avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including no contact with co-defendants outside the presence of counsel, except that Defendant may have contact with his employer so long as he does not discuss the substance of the charges and conduct under investigation; and

- Defendant will be detained until all conditions are met.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: April 23, 2025