**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 25-074 (JMC)** |
| **v.** | |
| **TANWEER AHMED MOHAMED HUSSAIN PARKAR, and** | |
| **VASUDHA PHARMA CHEM LIMITED,** | |
| **Defendants.** | |

## JOINT STATUS REPORT

The United States and Defendants Tanweer Ahmed Mohamed Hussain Parkar and Vasudha Pharma Chem Limited, through their undersigned counsel, hereby submit this Joint Status Report.

As noted in the parties' most recent joint status report, *see* ECF No. 87, the parties have been working to finalize a pretrial resolution with each defendant and anticipated finalizing those resolutions by yesterday, March 23, 2026. The parties have finalized each resolution and expect to obtain all the necessary signatures this week. The parties will notify the Court promptly upon the execution of all relevant paperwork by all parties.

//
//
//
//
//
//
//
//
//

1

Respectfully submitted this 24th day of March 2026.


/s/ Charles F. Connolly
Charles F. Connolly, D.C. Bar No. 455969
Stephanie R.C. Ondrof, D.C. Bar No.
1782275 (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4070
cconnolly@akingump.com
sondrof@akingump.com

Parvin D. Moyne (*pro hac vice*)
Katherine Powers (*pro hac vice*)
One Bryant Park
New York, New York 10036
Tel: (212) 872-1076
pmoyne@akingump.com
kpowers@akingump.com

*Counsel for Defendant Tanweer Ahmed*
*Mohamed Hussain Parkar*

/s/ Glen G. McGorty
Glen G. McGorty, D.C. Bar No. 478285
(admitted *pro hac vice*)
Lisa Nicole Umans (admitted *pro hac vice*)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 895-4246
gmcgorty@crowell.com
lumans@crowell.com

*Counsel for Defendant Vasudha Pharm Chem.*
*Ltd.*

MARGARET A. MOESER
Chief
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice

By:

/s/ Jayce Born
Jayce Born
Lernik Begian
Trial Attorneys
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice
1400 New York Ave.
Washington, D.C. 20530
(202) 616-2656
jayce.born@usdoj.gov

*Counsel for the United States*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system to counsel of record for Defendants, this 24th day of March 2026.

By:      ___*/s/ Jayce Born*_____
Jayce Born
Trial Attorney
Money Laundering, Narcotics and Forfeiture Section
Criminal Division
U.S. Department of Justice

3