**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal No.: 25-CR-074 (JMC)** |
| **v.** | |
| **VASUDHA PHARMA CHEM LIMITED,** | |
| **Defendant.** | |

### GOVERNMENT'S MOTION FOR LEAVE TO DISMISS INDICTMENT AGAINST DEFENDANT VASUDHA PHARMA CHEM LIMITED

The United States, by and through the undersigned attorney, respectfully submits this motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss without prejudice the Indictment as to Defendant Vasudha Pharma Chem Limited (hereinafter, the "Defendant"). For the reasons set forth below, the Court should grant the motion and dismiss without prejudice the case as to the Defendant. The Government informed counsel for the Defendant of its intent to file this motion, and the Defendant does not object.

### PROCEDURAL BACKGROUND AND BASIS FOR MOTION

On March 20, 2025, a Grand Jury sitting in this District returned an Indictment charging the Defendant, among others, with various violations of 21 U.S.C. §§ 959, 960, and 963 related to the manufacture or distribution of a listed chemical for unlawful importation into the United States and for the manufacture and distribution of a controlled substance for unlawful importation into the United States. Dkt. 5. Each charge carries a penalty of a fine in accordance with Title 18 of the U.S. Code. 21 U.S.C. § 960(d)(7).

The Government and the Defendant have agreed to a pretrial resolution of the case against the Defendant. The parties have entered into a non-prosecution agreement, provided here with its

attachments as Exhibit A, pursuant to which the Government has agreed to dismiss the Indictment against the Defendant without prejudice and the Defendant has agreed to certain compliance and payment terms. The Government submits that this pretrial resolution is in the interest of the public and of justice and requests to dismiss the case against the Defendant.

## APPLICABLE LAW AND MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Government may, with leave of court, dismiss an indictment. The Government should provide the reason or reasons for the motion to dismiss sufficient to allow the court to evaluate the request for leave as contemplated by Rule 48 and ensure that it is not "clearly contrary to manifest public interest." *Rinaldi v. United States*, 434 U.S. 22, 30 (1977); *United States v. Poindexter*, 719 F. Supp. 6, 10 (D.D.C. 1989) ("While a court is still not free to substitute its judgment for that of the prosecutor, whose decision is deemed valid, the Rule has the effect of granting authority to the court in exceptional cases to reject a dismissal without prejudice . . . ."); *see also United States v. Ammidown,* 497 F.2d 615, 619-21 (D.C. Cir. 1974).

As noted above, the Government and the Defendant have agreed to enter into a non-prosecution agreement under which the Government agreed to dismiss the Indictment against the Defendant without prejudice and the Defendant agreed to certain compliance and payment terms, which are fully outlined in Exhibit A. The Government submits that this resolution is in the interest of the public and of justice and therefore is not clearly contrary to manifest public interest.

THEREFORE, the United States respectfully asks the Court to grant the motion and dismiss the Indictment as to Vasudha Pharma Chem Limited without prejudice.

Respectfully submitted this 27th day of March 2026.

Respectfully submitted,

MARGARET A. MOESER
Chief
Money Laundering, Narcotics and Forfeiture
Section
Criminal Division
U.S. Department of Justice


By:    _/s/ Jayce Born_____
Jayce Born
Lernik Begian
Trial Attorneys
Money Laundering, Narcotics and Forfeiture
Section
Criminal Division
U.S. Department of Justice
1400 New York Ave.
Washington, D.C. 20530
(202) 616-2656
jayce.born@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, to counsel of record for the Defendant, this 27th day of March 2026.

By:     _/s/ Jayce Born_

Jayce Born
Trial Attorney
Money Laundering, Narcotics and Forfeiture Section
Criminal Division
U.S. Department of Justice